```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/10/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TufAmerica, Inc.,

              Plaintiff,

- against -

Vapac Music Publishing, Inc.,

              Defendant.

**24-cv-6005 (VM)**

<u>**ORDER**</u>

**VICTOR MARRERO**, United States District Judge.

    The parties are directed to submit a joint status report that includes the following: (1) the status of this action following the close of discovery on June 24, 2025, (2) the status of settlement negotiations, (3) whether the parties still intend to file motions for summary judgment, and (4) if so, the parties shall include a proposed briefing schedule for the summary judgment motions. The parties shall submit the joint status report no later than July 24, 2025.

**SO ORDERED.**

Dated:    10 July 2025
            New York, New York

                                              _____
                                              Victor Marrero
                                                U.S.D.J.