# PARNESS LAW FIRM, PLLC

136 Madison Avenue, 6th Floor • New York, New York  10016
Hillel I. Parness • www.hiplaw.com • hip@hiplaw.com
(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fax) 212-202-6002

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/2026

United States District Judge Victor Marrero
United States District Court for the
 Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1610
New York, New York 10007

   Re: *TufAmerica, Inc. v. Vapac Music Publishing, Inc.*, No. 1:24-cv-06005

Dear Judge Marrero:

I represent Plaintiff TufAmerica, Inc. ("TufAmerica") in the above-referenced action, and I am writing with the consent of, and jointly on behalf of, counsel for Defendant Vapac Music Publishing, Inc. ("Vapac").  On March 4, 2026, the Court granted the parties' joint request for an extension of all deadlines through April 17, 2026.  ECF 32.

TufAmerica's auditors are continuing to review additional documents provided by Vapac, and Vapac continues to provide additional documents, including a set of documents provided on April 14, 2026.  The audit process is therefore ongoing, with both sides working to bring it to a conclusion.

In view of the foregoing, the parties jointly request a further extension, and stay of all deadlines, through May 18, 2026.

Request **GRANTED.**
The Court grants the joint request for a stay of all deadlines through May 18, 2026.

**SO ORDERED.**
4/16/2026
_____
DATE   VICTOR MARRERO, U.S.D.J.

Respectfully submitted,

Hillel I. Parness

SGR/81243346.1