USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TUFAMERICA, INC.,

Plaintiff,

- against -

VAPAC MUSIC PUBLISHING, INC.,

Defendant.

**24-cv-06005 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court directs the parties to submit a status report within five (5) days of this order.

**SO ORDERED.**

Dated: 30 September 2026
New York, New York

Victor Marrero
U.S.D.J.